

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2015

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to file Reply Brief is hereby GRANTED.

It is so **ORDERED** on August 11, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court